No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL INGBER and LOUIS SIRAGUSA, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM A. McDOWELL, Appellant, v. LAND VALUE REFUNDING Co., INC., Respondent.— Judgment modified by striking out of said judgment after the word " dismissed " the words " on the merits," and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS H. RADIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of FREDERICK G. POTTER, Deceased.— Order modified as agreed to by counsel on the argument of the appeal, and as so modified affirmed. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

W. W. BATTIE & COMPANY, INC., Appellant, Respondent, v. TRANSMARINE CORPORATION, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER STOCK, Appellant, v. YELLOW TAXI CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell Martin, O'Malley and Proskauer, JJ.

DANIEL REARDON, Respondent, v. HENRY G. ABELE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS HALPERIN, Respondent, v. MAGOBA CONSTRUCTION COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Plaintiff, v. NELLIE HIGGINS, Appellant. HANNAH KRAUS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK, Respondent, v. STATHIS D. ANTONOPULOS and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants Stathis D. Antonopulos and National Refreshment Co., Inc., to serve an amended answer within ten days after service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Arbitration of the Claim of SAMUEL EISEMAN & Co., INC., Respondent, against DAVID HIRSH, Doing Business, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SANFORD PETERS, Respondent, v. MACFADDEN PUBLICATIONS, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FLORENCE E. LONGLEY and Others, Appellants, v. CHARLES F. KREIZER and